# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129879 & (91)

SHARON MASTEN, as Guardian and
Conservator of TIMOTHY MASTEN,
   Plaintiff-Appellee/
   Cross-Appellant,

v

              SC: 129879
              COA: 255050
              Wayne CC: 02-205385-NI

DOYLE B. ROBERTS and KALEEL
BROTHERS, INC.,
    Defendants-Appellants/
    Cross-Appellees.
_____/

   On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006                           _____
                            Clerk

d0510